UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

| | |
|---|---|
| HEATHER M. HOOGERHEIDE, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:14-cv-00658 |
| v. ) | |
| ) | Honorable Paul L. Maloney |
| COMMISSIONER OF ) | |
| SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**JUDGMENT**

In accordance with the opinion filed this date:

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is

AFFIRMED.


Dated:  September 25, 2015              /s/ Paul L. Maloney
                                        Paul L. Maloney
                                        United States District Judge